1 | OGLETREE, DEAKINS,
NASH, SMOAK & STEWART, P.C.
2 | DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletree.com
3 | CHRISTOPHER F. WONG, CA Bar No. 142507
christopher.wong@ogletree.com
4 | CASSANDRA S. PAYTON, CA Bar No. 270845
cassandra.payton@ogletree.com
5 | 400 South Hope Street, Suite 1200
Los Angeles, California 90071
6 | Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendants
GREYHOUND LINES, INC.,
FIRSTGROUP AMERICA, INC.

[*ADDITIONAL COUNSEL CONTINUED ON NEXT PAGE*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of itself and all others similarly situated; GREG DEWALL, on behalf of himself and all others similarly situated; RICHIE FLORES, on behalf of himself and all others similarly situated; MICHAEL HINGSON, on behalf of himself and all others similarly situated; MICHAEL RICHARDSON, on behalf of himself and all others similarly situated; and TINA THOMAS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., and FIRSTGROUP AMERICA, INC.,<br><br>Defendants. | Case No. 3:17-cv-03368-RS<br><br>**JOINT STIPULATION AND MOTION FOR EXTENSION OF DEADLINES UNDER GENERAL ORDER NO. 56 AND SCHEDULING ORDER; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: June 12, 2017<br>Trial Date: None<br>District Judge: Hon. Richard Seeborg<br>Courtroom: 3, San Francisco |

1 | TRE LEGAL PRACTICE
TIMOTHY ELDER, CA Bar No. 277152
2 | telder@trelegal.com
ANNA LEVINE, CA Bar No. 227881
3 | alevine@trelegal.com
4226 Castanos Street
4 | Fremont, California 94536
Telephone: 410.415.3493
5 | Facsimile: 888.718.0617

6 | ROSEN BIEN GALVAN & GRUNFELD LLP
LISA ELLS, CA Bar No. 243657
7 | lells@rbgg.com
MICHAEL S. NUNEZ, CA Bar No. 280535
8 | mnunez@rbgg.com
50 Fremont Street, 19th Floor
9 | San Francisco, California 94105-2235
Telephone: 415.433.6830
10 | Facsimile: 415.433.7104

11 | Attorneys for Plaintiffs
NATIONAL FEDERATION OF THE BLIND,
12 | GREG DEWALL, RICHIE FLORES,
MICHAEL HINGSON, MICHAEL RICHARDSON,
13 | and TINA THOMAS

Pursuant to Civil Local Rule 7-11, plaintiffs National Federation of the Blind, Greg Dewall, Richie Flores, Michael Hingson, Michael Richardson, and Tina Thomas (collectively, "Plaintiffs"), on the one hand, and defendants Greyhound Lines, Inc. and FirstGroup America, Inc. (collectively, "Defendants"), on the other hand, by and through their respective counsel, hereby stipulate and move for administrative relief and an extension of the applicable deadlines in the Court's Scheduling Order (ECF No. 6) and General Order No. 56, as follows:

1. Plaintiffs have commenced an action on behalf of a putative class of individuals with visual disabilities, under the Americans with Disabilities Act and other laws, concerning the alleged inaccessibility of the website, www.greyhound.com, and a Greyhound mobile application.

2. The Court's scheduling order applying General Order No. 56 established the following deadlines:

- September 25, 2017 - Last day for parties and counsel to hold joint inspection of premises, with or without meet-and-confer regarding settlement.
- 28 days after Joint Site Inspection - Last day for parties to meet and confer in person to discuss settlement.
- 42 days after Joint Site Inspection - Last day for plaintiff to file a Notice of Need for Mediation.
- 7 days after mediation - Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference.

3. Defendants have proposed a limited extension of the deadlines in the Court's General Order No. 56 schedule based on the fact that the parties have already engaged in preliminary settlement discussions, that a third-party vendor retained by Defendants has commenced an assessment of the website at issue and advised that such assessment will not be completed until the end of November 2017, and that Defendants believe the proposed limited extension of the applicable deadlines under General Order No. 56 will assist the parties' ability to engage in meaningful settlement discussions.

4. Accordingly, the parties have agreed that the applicable deadlines in the Court's General Order No. 56 schedule should be extended as set forth below.

1 Therefore, IT IS HEREBY STIPULATED, AGREED AND REQUESTED by the parties, subject to approval by the Court, that the parties' obligations under General Order No. 56 and the Court's Scheduling Order in this matter shall be revised as follows:

    (i)    The last day for the parties to conduct the joint inspection and meet and confer conference to discuss settlement shall be **October 25, 2017**.

    (ii)    The last day for filing the Notice of Need for Mediation shall be **October 26, 2017**.

    (iii)    The last day for the parties to conduct a mediation shall be **December 15, 2017**.

    (iv)    The last day for filing a Motion for Administrative Relief Requesting Case Management Conference shall be **December 20, 2017**.

Respectfully submitted,

DATED: September 22, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/
    Cassandra Payton

Attorneys for Defendants
GREYHOUND LINES, INC., and FIRSTGROUP AMERICA, INC.

DATED: September 22, 2017

TRE LEGAL PRACTICE
ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/
    Anna Levine

Attorneys for Plaintiffs
NATIONAL FEDERATION OF THE BLIND, GREG DEWALL, RICHIE FLORES, MICHAEL HINGSON, MICHAEL RICHARDSON and TINA THOMAS

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Cassandra Payton, attest that concurrence in the filing of this Joint Stipulation And Motion For Administrative Relief For Extension Of Deadlines Required Under Scheduling Order And General Order No. 56 has been obtained from the other signatories.

_____/s/_____
Cassandra Payton

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  9/25/17

By: _____
The Honorable Richard Seeborg
United States District Judge
Northern District of California