TIMOTHY ELDER – 277152
ANNA LEVINE – 227881
TRE Legal Practice
4226 Castanos Street
Fremont, California 94536
Telephone: (410) 415-3493
Facsimile: (415) 952-9898
Email: telder@trelegal.com
alevine@trelegal.com

LISA ELLS – 243657
MICHAEL S. NUNEZ – 280535
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: lells@rbgg.com
mnunez@rbgg.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, on behalf of itself and all others similarly situated; GREG DEWALL, on behalf of himself and all others similarly situated; RICHIE FLORES, on behalf of himself and all others similarly situated; MICHAEL HINGSON, on behalf of himself and all others similarly situated; MICHAEL RICHARDSON, on behalf of himself and all others similarly situated; and TINA THOMAS , on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC. and FIRSTGROUP, PLC, LLC,<br><br>Defendants. | Case No. 3:17-cv-03368-RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO DISMISS CASE<br><br>Judge: Hon. Richard Seeborg<br><br>Trial Date: None Set |

1       Pursuant to the parties' Stipulation of Dismissal of Case and the parties' representations to the Court concerning settlement NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

      1.     All individual claims by the named Plaintiffs are hereby dismissed, with prejudice.

      2.     All class claims are hereby dismissed, without prejudice.

      3.     The Complaint is hereby dismissed.

      4.     This Court retains jurisdiction over this case for a period ending two years after the first day of the Compliance Period established by the parties' settlement agreement to enforce the terms of the Agreement. Within fourteen days after the Compliance Period begins, the parties shall notify the court in writing the date on which the Compliance Period began, and the date, two years later, on which the term shall end. But for acts of God, force majeure or other reasons that are outside of Greyhound's reasonable control, the Compliance Period shall begin no later than March 3, 2019. Should this Court become unavailable during the term of the Agreement, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

DATED: August _10_, 2018

_____
Honorable Richard Seeborg

Case No. 3:17-cv-03368-RS
ORDER GRANTING STIPULATED REQUEST TO DISMISS CASE